IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CANDACE ORMAN, ) | |
| ) | |
| Plaintiff, ) | CASE NO. : 3:13-cv-00666 |
| vs. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE BROWN |
| CALSONICKANSEI NORTH AMERICA, ) | |
| INC. and RANDSTAD NORTH AMERICA, ) | JURY DEMAND |
| L.P. ) | |
| Defendants. | |

**UNOPPOSED MOTION FOR COUNSEL TO PARTICIPATE
IN CASE MANAGEMENT CONFERENCE BY TELEPHONE**

Defendant Randstad North America, L.P. ("Randstad") hereby moves the Court to permit its lead counsel Benjamin Briggs to participate in the Initial Case Management Conference by telephone. As grounds, Defendant states that its local counsel Ken Weber will attend the conference in person and counsel for all parties have consented to this motion. For these reasons, Randstad moves the Court to grant this motion.

Respectfully submitted,

**ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge**

s/ Kenneth A. Weber
Kenneth A. Weber, BPR No. 015730
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-7369
Facsimile: (615) 744-7369