UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CANDACE ORMAN | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-0666 |
| | ) | JUDGE CAMPBELL |
| CALSONICKANSEI NORTH AMERICA, INC., et al. | ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/28/2014.

KEITH THROCKMORTON, CLERK
s/Dalaina Thompson, Deputy Clerk